

# THE ATTORNEY GENERAL
## OF TEXAS
### AUSTIN, TEXAS

Grover Sellers

ATTORNEY GENERAL

Honorable W. J. McConnell, President
North Texas State Teachers College
Denton, Texas

Dear Dr. McConnell:  Opinion No. O-6630

Re: Construction of H. B. 173,
Regular Session 49th Legis-
lature, concerning the right
of husband and wife to be
employed for kitchen ser-
vice in a dormitory of an
educational institution.

We acknowledge receipt of your letter requesting an
opinion upon the above captioned subject matter as follows:

"1. May this college employ legally a hus-
band and wife for kitchen service in a dormitory,
the income from which is applied solely to main-
tenance, operation, and liquidation of bonds with
which the building was erected?

"2. May the wife of a man who works on the
campus and is paid from state funds be legally
employed in the kitchen of a dormitory while he
is on the payroll? (Revenue from dormitory ap-
plied only to maintenance, operation, and bond
liquidation.)"

The answer to your inquiries is controlled by sub-
section (11) attached to House Bill 173, the current Appropria-
tion Act for educational institutions, which subsection reads
as follows:

"The general provisions made in this Act
shall not apply to athletics or extramural de-
partments, and as to these exceptions, the
governing board shall make such necessary
rules and adjustments as may be deemed advisable."

The husband and wife provision involved in your
questions is subsection (16) to which subsection (11) above
quoted is a special exception.

So that, both of your questions are answered in the
affirmative.                          Very truly yours
APPROVED OCT. 6, 1945         ATTORNEY GENERAL OF TEXAS
/s/ Carlos C. Ashley          By /s/ Ocie Speer
FIRST ASSISTANT                       Assistant
ATTORNEY GENERAL    APPROVED OPINION COMMITTEE, By WVF, Chairman